DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA

**ADAM KANTER,**
Appellant,

v.

**THE LONDON LAW FIRM, P.A.,**
Appellee.

No. 4D2023-0251

[November 9, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Hon. Barbara Anne McCarthy, Judge; L.T. Case No. CACE18016524.

Bart A. Houston of Houston Roderman, PLLC, Fort Lauderdale, for appellant.

Thomas L. Abrams of Gamberg & Abrams, Fort Lauderdale, and Joshua M. Entin of Entin Law Group., P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and DAMOORGIAN, JJ., concur.

*             *             *

***Not final until disposition of timely filed motion for rehearing.***